## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anna May Pierce<br>      Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>      Movant<br>vs.<br>Anna May Pierce<br>      Debtor(s) | NO. 14-18115 MDC |
| William C. Miller Esq.<br>      Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 5th day of March, 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Settlement Agreement, it is ORDERED AND DECREED that:

The Motion is granted and the Settlement Agreement filed on December 27, 2018 is hereby approved and does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                   _____
                   United States Bankruptcy Judge.

cc: See attached service list

Anna May Pierce
139 S. Eagle Road
Havertown, PA 19083

Stephen Vincent Bottiglieri
66 Euclid Street
Suite C
Woodbury, NJ 08096

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532