United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anna May Pierce  
    Debtor

Case No. 14-18115-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi    Page 1 of 1    Date Rcvd: Mar 05, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db     +Anna May Pierce,    139 S. Eagle Road,    Havertown, PA 19083-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

    ANDREW SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com  
    DAVID NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC dneeren@udren.com, vbarber@udren.com  
    JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
    KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
    KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com  
    KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com  
    LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pabk@logs.com  
    LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
    PAUL WILLIAM CRESSMAN    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com  
    SHERRI J. SMITH    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
    STEPHEN VINCENT BOTTIGLIERI    on behalf of Attorney    Michael F.X. Gillin & Associates PC steve@bottiglierilaw.com, ecfnotices@comcast.net  
    STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Anna May Pierce steve@bottiglierilaw.com, ecfnotices@comcast.net  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anna May Pierce <br>                 Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br>                 Movant <br> vs. <br> Anna May Pierce <br>                 Debtor(s) | NO. 14-18115 MDC |
| William C. Miller Esq. <br>                 Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 5th day of March, 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Settlement Agreement, it is ORDERED AND DECREED that:

The Motion is granted and the Settlement Agreement filed on December 27, 2018 is hereby approved and does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                                                                                         United States Bankruptcy Judge.

cc: See attached service list

Anna May Pierce
139 S. Eagle Road
Havertown, PA 19083

Stephen Vincent Bottiglieri
66 Euclid Street
Suite C
Woodbury, NJ 08096

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532