**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANNA MAY PIERCE | Chapter 13 |
| Debtor | Bankruptcy No. 14-18115-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____9th_____ day of _____May_____, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN V BOTTIGLIERI, ESQ
66 EUCLID STREET
SUITE C
WOODBURY, NJ 08096-

Debtor:
ANNA MAY PIERCE

139 S. EAGLE ROAD

HAVERTOWN, PA 19083