United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18115-mdc
Anna May Pierce                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: May 09, 2019
                              Form ID: pdf900          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db             +Anna May Pierce,    139 S. Eagle Road,    Havertown, PA 19083-3327
aty            +Michael F.X. Gillin & Associates PC,    230 North Monroe Street,    Media, PA 19063-2908
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
13401888       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
13401889       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
13401890       +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
13401891       +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
13401894       +Michael FX Gillin & Associates, PC,    230 N. Monroe Street,    Media, PA 19063-2908
14242281       +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    c/o Kevin G. McDonald, Esquire,
                 KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13518642       +Nationstar Mortgage LLC,    c/o LEEANE O. HUGGINS,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13861571       +Nationstar Mortgage LLC,    c/o Shapiro & DeNardo LLC,    Kevin S. Frankel, Esq.,
                 3600 Horizon Dr., Ste. 150,    King of Prussia, PA 19406-4702
13401896       +Ocwen Loan Servicing I,    4828 Loop Central Dr,    Houston, TX 77081-2193
13411390       +PHH Mortgage Corporation,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan & Schmieg, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13401899        PHH Mortgage Services,    PO Box 5452,    Mt. Laurel, NJ 080545452
13401901       +Premium Auto,    Pob 59,    Prospect Park, PA 19076-0059
13405676       +TD BANK USA, N.A.,     C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13401902       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13409340        The Bank of NY,    c/o Sherri J. Braunstein, Esq.,    Udren Law Offices PC,
                 Woodcrest Corp. Ctr.,    111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
13515480       +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13401904       +Transunion,    PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13409870        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:54:58
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13450932        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:54:40
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13401884       +E-mail/Text: bankruptcy@sccompanies.com May 10 2019 02:39:47      Amerimark Premier,
                 1515 S 21st St,    Clinton, IA 52732-6676
13401886       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 10 2019 02:41:12      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13401887       +Fax: 602-659-2196 May 10 2019 04:12:13      CheckSystems,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
13401892        E-mail/Text: cio.bncmail@irs.gov May 10 2019 02:39:54      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13448522        E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2019 02:40:31      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13401893       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:39:59      Lane Bryant Retail/soa,
                 450 Winks Ln,    Bensalem, PA 19020-5932
13401895       +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2019 02:40:23      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13401897       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 10 2019 02:40:23
                 Office of the United States Trustee,    833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
13401900        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:43:25
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,   Norfolk, VA 23541
13401898       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                 Harrisburg, PA 17128-0001
13455790        E-mail/Text: bnc-quantum@quantum3group.com May 10 2019 02:40:01
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13742716        E-mail/Text: bnc-quantum@quantum3group.com May 10 2019 02:40:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13401903        E-mail/Text: epr@telecheck.com May 10 2019 02:41:14      TeleCheck Services, Inc.,
                 5251 Westheimer,    Houston, TX 77056

```
District/off: 0313-2            User: Randi              Page 2 of 2                  Date Rcvd: May 09, 2019
                                Form ID: pdf900          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13401905         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2019 02:39:48
                  Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                                 TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 619096,
                    Dallas, TX 75261-9741)
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
cr*             +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13401885*       +Anna May Pierce,    139 S. Eagle Road,    Havertown, PA 19083-3327
13505673*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:   Nationstar Mortgage LLC.,     PO Box 619096,   Dallas, TX 75261-9741)
13479594*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:   Nationstar Mortgage, LLC,     PO Box 619096,   Dallas, TX 75261-9741)
cr              ##+RJM Acquisitions LLC,    575 Underhill Avenue,    suite 224,    Syosset, NY 11791-3416
13410927        ##+PHH Mortgage Corporation,    2001 Bishopsgate Boulevard,    Mail Stop SV01,
                  Mount Laurel, NJ 08054-4604
13405071        ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13516040        ##+Township of Marple,    c/o James R. Wood, Esq.,    Portnoff Law Assocs. Ltd.,
                  1000 Sandy Hill Rd., Ste. 150,    Norristown, PA 19401-4181
                                                                                               TOTALS: 0, * 6, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
          DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC dneeren@udren.com,
           vbarber@udren.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Anna May Pierce steve@bottiglierilaw.com,
           ecfnotices@comcast.net
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Attorney   Michael F.X. Gillin & Associates PC
           steve@bottiglierilaw.com, ecfnotices@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANNA MAY PIERCE                              Chapter 13

                Debtor           Bankruptcy No. 14-18115-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___9th___ day of _____May_____, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN V BOTTIGLIERI, ESQ
66 EUCLID STREET
SUITE C
WOODBURY, NJ 08096-


Debtor:
ANNA MAY PIERCE

139 S. EAGLE ROAD

HAVERTOWN, PA 19083